UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONY N. FENNELL,

    Plaintiff,

v.

MIKE DICKSON *et al.*,

    Defendants.

Case No. 3:17-cv-00961-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants.

DATED: July 31, 2019

    **MARGARET M. ROBERTIE,**
    **Clerk of Court**

    **BY:** __s/Tina Gray__
        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**